Florence W. Park, Plaintiff-Appellee, v. Harry Barber, B. Barber and J. W. Barber, Defendants-Appellants.

Gen. No. 11,555.

Second District, Second Division.

January 9, 1962.

Rehearing denied February 13, 1962.

Samuel G. Harrod, of Eureka, for appellant; Isadore I. Leiken, of Minonk, and Ben C. Leiken, of Eureka, for appellee. Opinion by JUDGE WRIGHT. Not to be published in full.